

FILED

FEB 1 1 2025

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CASE NO.: 2:25-CR-21 |
| v. | ) |
| | ) JUDGE: Corker |
| | ) |
| | ) FILED UNDER SEAL |
| ENMA CLARIZA CARRETO-DIAZ | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that at a time unknown, but continuing until at least May 2024, in the Eastern District of Tennessee and elsewhere, the defendant, ENMA CLARIZA CARRETO DIAZ, then being an alien required to apply for registration and to be fingerprinted in the United States, did willfully fail or refuse to file an application for such registration; in violation of Title 8, United States Code, Section 1306(a).

### COUNT TWO

The Grand Jury further charges that on or about April 29, 2024, within the Eastern District of Tennessee, the defendant, ENMA CLARIZA CARRETO-DIAZ, for the purpose of obtaining something of value from any person, that is to obtain an identification card and to conceal her identity, and for other purposes, willfully, knowingly, and with the intent to deceive, falsely represented that her Social Security account number was xxx-xx-9957, when in fact, as ENMA CLARIZA CARRETO-DIAZ well knew, Social Security account number xxx-xx-9957 was not assigned to ENMA CLARIZA CARRETO-DIAZ; in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT THREE

The Grand Jury further charges that on or about April 29, 2024, within the Eastern District of Tennessee, the defendant, ENMA CLARIZA CARRETO-DIAZ, did knowingly use, without lawful authority, a means of identification of another person, that is, the Social Security number xxx-xx-9957, such number belonging to another person, that is, L.F., during and in relation to a violation of Title 42, United States Code, Section 408(a)(7)(B), misuse of a Social Security number, as alleged in Count 2 of this indictment; in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT FOUR

The Grand Jury further charges that on or about May 24, 2024, within the Eastern District of Tennessee, the defendant, ENMA CLARIZA CARRETO-DIAZ, for the purpose of obtaining something of value from any person, that is to obtain employment and to conceal her identity, and for other purposes, willfully, knowingly, and with the intent to deceive, falsely represented that her Social Security account number was xxx-xx-9957, when in fact, as ENMA CLARIZA CARRETO-DIAZ well knew, Social Security account number xxx-xx-9957 was not assigned to ENMA CLARIZA CARRETO-DIAZ; in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT FIVE

The Grand Jury further charges that on or about May 24, 2024, within the Eastern District of Tennessee, the defendant, ENMA CLARIZA CARRETO-DIAZ, did knowingly use, without lawful authority, a means of identification of another person, that is, the Social Security number

xxx-xx-9957, such number belonging to another person, that is, L.F., during and in relation to a violation of Title 42, United States Code, Section 408(a)(7)(B), misuse of a Social Security number, as alleged in Count 4 of this indictment; in violation of Title 18, United States Code, Section 1028A(a)(1).

TRUE BILL:

FRANCIS M. HAMILTON III
United States Attorney

By: Ryan Blackwell
Assistant United States Attorney